IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>BRITT PAULK INSURANCE AGENCY, INCORPORATED, a foreign corporation, and ARGENIA, INC., a foreign corporation<br><br>      Defendants,<br><br>ARGENIA, INC., a foreign corporation, and BRITT PAULK INSURANCE AGENCY, a foreign corporation,<br><br>      Defendants/Third Party Plaintiffs,<br><br>v.<br><br>REBSMEN, INSURANCE, INC. d/b/a CROCKETT ADJUSTMENT, a foreign corporation,<br><br>      Third Party Defendant. | No. CIV-06-215-JHP |

## AMENDED JUDGMENT

Pursuant to the jury verdict returned in this matter on the 1st day of October, 2007, pursuant to the judgment and opinion of the United States Court of Appeals for the Tenth Circuit, entered on the 25th day of August, 2009, upon appeal of this matter, and pursuant to the Mandate of that Court dated the 30th of September, 2009, the Court amends its judgment filed herein on the 4th day of October, 2007, and hereby enters judgment for the Plaintiff, North American Specialty Insurance Company and against the

1

Defendant, Britt Paulk Insurance Agency in the amount of Five Hundred Thousand Dollars ($500,000.00) on Plaintiff's breach of contract cause of action.

The Court enters judgment for the Plaintiff, North American Specialty Insurance Company and against the Defendant Britt Paulk Insurance Agency in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) on Plaintiff's contractual indemnity cause of action.

The Court enters judgment for the Plaintiff North American Specialty Insurance Company and against the Defendant Britt Paulk Insurance Agency in the amount of One Hundred Thousand Dollars ($100,000.00) on Plaintiff's negligence cause of action.

The Court orders that post-judgment interest on the aggregate award of Eight Hundred Fifty Thousand Dollars ($850,000.00) shall be calculated from the 4th day of October, 2007.

The Court, by separate Order, will address the recovery of attorneys' fees by the Plaintiff, North American Specialty Insurance Company, as filed of record herein.

Except as expressly addressed herein, the remaining holdings of this Court's Judgment filed herein the 4th day of October, 2007, remain intact.

IT IS SO ORDERED this 4th day of January, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma