IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>BRITT PAULK INSURANCE AGENCY, INCORPORATED, a foreign corporation, and ARGENIA, INC., a foreign corporation<br><br>                Defendants,<br><br>ARGENIA, INC., a foreign corporation, and BRITT PAULK INSURANCE AGENCY, a foreign corporation,<br><br>                Defendants/Third Party Plaintiffs,<br><br>v.<br><br>REBSMEN, INSURANCE, INC. d/b/a CROCKETT ADJUSTMENT, a foreign corporation,<br><br>                Third Party Defendant. | No. CIV-06-215-JHP |

## **SECOND AMENDED JUDGMENT**

Pursuant to the jury verdict returned in this matter on the 1st day of October, 2007, pursuant to the judgment and opinion of the United States Court of Appeals for the Tenth Circuit, entered on the 25th day of August, 2009, and the Mandate of that Court dated the 30th of September, 2009, in prior Appeals Number 07-7115 and 08-7000, and pursuant to the Order and Judgment of the United States Court of Appeals for the Tenth Circuit, entered on the 4th day of November, 2010, and the Mandate of that Court dated the 26th day of November, 2010, upon prior Appeal Number 10-7010, the Court amends

1

its Judgment filed herein on the 4th day of October, 2007, amends its Amended Judgment filed herein on the 4th day of January, 2010, and hereby enters judgment for the Plaintiff, North American Specialty Insurance Company and against the Defendant, Britt Paulk Insurance Agency in the amount of Five Hundred Thousand Dollars ($500,000.00) on Plaintiff's breach of contract cause of action.

The Court enters judgment for the Plaintiff, North American Specialty Insurance Company and against the Defendant Britt Paulk Insurance Agency in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) on Plaintiff's contractual indemnity cause of action.

The Court enters judgment for the Plaintiff North American Specialty Insurance Company and against the Defendant Britt Paulk Insurance Agency in the amount of One Hundred Thousand Dollars ($100,000.00) on Plaintiff's negligence cause of action.

The Court orders that post-judgment interest on the aggregate award of Eight Hundred Fifty Thousand Dollars ($850,000.00) shall be calculated from the 4th day of October, 2007.

The Court denies the Motion and Supporting Brief for Award of Attorney Fees of Plaintiff North American Specialty Insurance Company filed October 15, 2007, denies the Supplement to that Motion filed December 4, 2007, and denies its Motion for Appeal-Related Attorneys' Fees and Brief in Support filed October 13, 2009.

The Court hereby vacates and holds for naught the Order Awarding Attorneys' Fees to the Plaintiff, North American Specialty Insurance Company, filed of record herein January 6, 2010.

Except as expressly addressed herein, the remaining holdings of this Court's Judgment filed herein the 4th day of October, 2007, and of this Court's Amended Judgment filed herein the 4th day of January, 2010, remain intact.

IT IS SO ORDERED this 28th day of March, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma